FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2013 OCT 17 AM 11:59

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 3:13-cr-190-J-32JRK
Ct. 1:   18 U.S.C. § 1038(a)(1)

ZELJKO CAUSEVIC

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 1, 2013 at Duval County, in the Middle District of Florida, ZELJKO CAUSEVIC, the defendant herein, did intentionally engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 113B, to-wit: use of a weapon of mass destruction. Specifically, the defendant entered Jacksonville International Airport and stated in substance that he had a bomb.

In violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
KEVIN C. FREIN
Assistant United States Attorney

By: _____
JULIE HACKENBERRY
Assistant United States Attorney
Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ZELJKO CAUSEVIC

## INDICTMENT

Violations:

Ct. 1:   18 U.S.C. § 1038(a)(1)

A true bill,

_____
Foreperson

Filed in open court this _17th_ day

of October, 2013.

_____
Clerk

Bail   $_____

GPO 863 525