FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2013 OCT 17 PM 12: 00

UNITED STATES OF AMERICA

v.     CASE NO. 3:13-cr-190-J-32JRK

ZELJKO CAUSEVIC

## MOTION FOR CAPIAS

The United States of America, by A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, moves this Court to issue a capias for ZELJKO CAUSEVIC, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

A. LEE BENTLEY, III
Acting United States Attorney

By: /s/ Kevin C. Frein
KEVIN C. FREIN
Assistant United States Attorney
Florida Bar No. 149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: kevin.frein@usdoj.gov