UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:13-cr-190-J-32JRK

ZELJKO CAUSEVIC

_____

**JUDGMENT OF ACQUITTAL AND**
**ORDER OF COMMITMENT FOR PSYCHIATRIC OR PSYCHOLOGICAL**
**EXAMINATION PURSUANT TO 18 U.S.C. §§ 4243(b), 4247(b)**

This matter came before the Court on November 14, 2014 for a non-jury trial on the one-count Indictment charging Defendant pursuant to 18 U.S.C. § 1038(a)(1) with intentionally engaging in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate 18 U.S.C. Chapter 113B, to-wit: use of a weapon of mass destruction. The Court, incorporating by reference the evidence adduced and findings made on the record at the November 14, 2014 non-jury trial, finds Defendant not guilty only by reason of insanity. See 18 U.S.C. § 4242(b)(3). Accordingly, pursuant to 18 U.S.C. §§ 4243 and 4247, it is

**ORDERED:**

1.  Defendant is committed to the custody of the Attorney General or his duly authorized representative for placement in the Federal Medical Center in

Butner, North Carolina ("FMC Butner"[1]) for a reasonable period, but not to exceed forty-five (45) days, for a psychiatric or psychological examination to determine whether Defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another. A licensed or certified psychiatrist or psychologist or, if deemed appropriate by the director of the facility, more than one such examiner, shall conduct the examination. The director of the facility may apply to this Court for a reasonable extension of time, but not to exceed thirty (30) days, upon a showing of good cause that additional time is necessary to observe and evaluate Defendant.

        2.     Upon completion of the examination, the examiner(s) shall promptly prepare a written report that specifically includes the following items:

        (1)     the person's history and present symptoms;

        (2)     a description of the psychiatric, psychological, and medical tests that were employed and their results;

        (3)     the examiner's findings;

        (4)     the examiner's opinions as to diagnosis, prognosis; and

        (5)     whether the person is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

The report shall be furnished to the Honorable Timothy J. Corrigan, United States District Judge, 300 N. Hogan Street, Suite 11-100, Jacksonville, Florida 32202,

---

[1] FMC Butner is the suitable facility closest to the Court and the facility at which Defendant was evaluated prior to trial.

with copies to Kevin C. Frein, Assistant United States Attorney, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202, and to Susan Good Yazgi, Assistant Federal Public Defender, 200 W. Forsyth Street, Suite 1240, Jacksonville, Florida 32202.

3. The United States Marshal for this District shall transport or make arrangements for the transport of Defendant to FMC Butner for the purpose of the examination and, upon completion of the examination, the United States Marshal shall return or make arrangements for the return of Defendant to a detention facility near Jacksonville, Florida.

4. As required by 18 U.S.C. §§ 4243(c) and 4247(d), the undersigned intends to convene a dangerousness hearing within forty (40) days, with Defendant appearing via video-conferencing from FMC Butner.[2] The hearing date and time will be noticed separately.

5. A copy of this Order shall be personally served on Defendant by the United States Marshal or his duly authorized representative.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of November, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

---

[2] It is not expected that the examination will be complete within forty (40) days, so the Court will initially convene the hearing with Defendant appearing via video from FMC Butner. At that time, the Court will determine an appropriate date for a final hearing at which Defendant will appear in person.

kaw
Copies to:
Assistant U.S. Attorney (Frein)
Assistant Federal Public Defender (Yazgi)
United States Marshals Service (4 certified)
Zeljko Causevic (via U.S. Marshal)