UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:13-cr-190-J-32JRK

ZELJKO CAUSEVIC

## STIPULATIONS REGARDING FINDING OF DANGEROUSNESS AND CONDITIONAL RELEASE

The United States of America, by A. Lee Bentley, United States Attorney for the Middle District of Florida, the Defendant, and counsel for the Defendant, Susan Yazgi, Esquire, by and through the undersigned Assistant United States Attorney, Kevin C. Frein, hereby enter into the following stipulations:

1. Zeljko Causevic, the defendant, currently suffers from a mental disease or defect, Schizophrenia, as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another pursuant to 18 U.S.C. §§ 4243 and 4247. Accordingly, he meets the criteria for indefinite civil commitment pursuant to 18 U.S.C. § 4243.

2. Notwithstanding the aforementioned findings, the parties stipulate and agree that the attached Conditional Release Plan authored by Darlene Harris, Social Worker, Federal Medical Center (FMC) in Butner, North Carolina dated XXXX, 2015 (XX pages) provides a suitable regiment of medical, psychiatric, and psychological care and treatment such that his conditional release under the prescribed regimen of medical, psychiatric, and psychological care and treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another. Accordingly, the defendant may be conditionally released from FMC Butner

into the community under the specific conditions of the Conditional Release Plan and consistent with paragraphs 3 and 4 of this stipulation.

3. The defendant will not be released by FMC Butner until an Order for Conditional Release is signed by the Court and the Warden at FMC Butner files a certificate indicating that the defendant can be conditionally released into the community.

4. Upon receipt and verification of a Court Order for Conditional Release, the Bureau of Prisons will be allowed sufficient time to notify the appropriate persons, finalize release paperwork, make transportation arrangements for the defendant, arrange an initial appointment for mental health aftercare and contact the assigned United States Probation Officer prior to the actual date and time of release from the Bureau of Prisons. The defendant will not be released from FMC Butner until the aforementioned process is completed.

So stipulated this 13th day of April, 2015.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

/s/ SUSAN YAZGI
SUSAN YAZGI
Assistant Federal Public Defender
200 W. Forsyth Street, Suite 1240
Jacksonville, Florida 32202
(904) 232-3039

/s/ KEVIN C. FREIN
KEVIN C. FREIN
Assistant United States Attorney
Florida Bar No. 0149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310

/s/ ZELJKO CAUSEVIC
ZELJKO CAUSEVIC
Defendant

2